FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

May 10, 2013

No. 04-12-00062-CV

**IN THE ESTATE OF** Manuel **ARIZOLA**, Deceased
From the County Court at Law No. 1, Webb County, Texas
Trial Court No. 2010-PB4-000054
Honorable Alvino (Ben) Morales, Judge Presiding

And

No. 04-12-00063-CV

**IN THE ESTATE OF** Romen **ARIZOLA**, Deceased
From the County Court at Law No. 2, Webb County, Texas
Trial Court No. 2010-PB4-000096
Honorable Alvino (Ben) Morales, Judge Presiding

## ORDER

The Appellant's Unopposed Motion to Extend Time to File Motion for Rehearing is GRANTED. The motion for rehearing is due on June 10, 2013.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of May, 2013.

_____
Keith E. Hottle
Clerk of Court